JONATHAN B. COLE (SBN 70460)
jcole@nemecek-cole.com
ANI M. AKOPYAN (SBN 234158)
aakopyan@nemecek-cole.com
**NEMECEK & COLE**
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
Tel: (818)788-9500
Fax: (818)501-0328

Attorneys for Project M Worldwide, L.P.

## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>McDONALD'S CORPORATION, A DELAWARE CORPORATION; PROJECT M WORLDWIDE, L.P., A CALIFORNIA LIMITED PARTNERSHIP AND DOES 1-10<br><br>　　　　　Defendants. | Case No.: 14CV2706 JLS BLM<br><br>**JOINT MOTION REQUESTING TO CONTINUE FEBRUARY 2, 2015 TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>*[Proposed Order filed concurrently herewith]* |

Plaintiff Scott Schutza, Defendant McDonald's Corporation ("McDonald's"), and Defendant Project M Worldwide, L.P. (collectively the "Parties") hereby submit this Joint Motion for an Order continuing the Early Neutral Evaluation Conference from February 2, 2015 by thirty-days.

1

**JOINT MOTION**

On or about December 29, 2014, this Court Noticed and Ordered the Parties to take part in a Telephonic Neutral Evaluation Conference ("ENE Conference") on February 2, 2015 at 10:30 a.m. (Docket No. 6.) In the spirit of this Order, and leading into the ENE Conference, the Parties have engaged in good faith settlement discussions and are in the process of finalizing the remaining terms of the agreement and need confirmation from their respective clients.

Accordingly, while the Parties finalize the settlement, and thereafter file the Motion to Dismiss the Matter with Prejudice, they respectfully request that this Court continue the February 2, 2015 ENE Conference by thirty-days to avoid unnecessarily burdening this Court and incurring fees/costs.

NEMECEK & COLE

Dated: January 28, 2015       By:  /s/ Ani M. Akopyan
                                   JONATHAN B. COLE
                                   ANI M. AKOPYAN
                                   Attorneys for Defendant
                                   PROJECT M WORLDWIDE L.P.


GIBSON, DUNN & CRUTCHER LLP

Dated: January 28, 2015       By:  /s/ Christine A. Fujita
                                   CHRISTINE A. FUJITA
                                   Attorneys for Defendant
                                   MCDONALD'S CORPORATION


POTTER HANDY, L.P.

Dated: January 28, 2015       By:  /s/ Phyl Grace
                                   PHYL GRACE
                                   Attorneys for Plaintiff
                                   SCOTT SCHUTZA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Debbie Gonzales, declare as follows: I am a citizen of the United States, over 18 years of age and am not a party to the within action. My place of employment and business address is 15260 Ventura Boulevard, Suite 920, Sherman Oaks, California 91403, which is located in the County of Los Angeles where the service took place.

On January 28, 2015, I served the foregoing document described as: **JOINT MOTION REQUESTING TO CONTINUE FEBRUARY 2, 2015 TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated in the attached service list:

☐ **VIA MAIL** I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Per that practice the within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit in a sealed envelope with postage fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

☐ **VIA FACSIMILE** I caused such document to be transmitted via facsimile to the addressee(s) from the facsimile machine of Nemecek & Cole whose fax number is **(818) 501-0328**. No error was reported by the machine and pursuant to Rule 2008(e)(3), I caused the machine to print a record of the transmission.

☒ **VIA ELECTRONIC MAIL To Be Served By The Court Via Notice of Electronic Filing ("NEF")** – Pursuant to controlling General Order(s) and Federal Rule(s) ("FR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 28, 2015, I checked the CM/ECF docket for this district case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the following email address(es): phylg@potterhandy.com, mark@potterhandy.com

☐ **VIA OVERNIGHT DELIVERY (NORCO)** I served the foregoing document(s) on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as listed above. I am readily familiar with the firm's practice of collection and processing correspondence for OVERNIGHT DELIVERY. Under that practice it would be deposited with NORCO OVERNIGHT EXPRESS on that same date at Sherman Oaks, California in the ordinary course of business.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 28, 2015, at Sherman Oaks, California.

_____   _____
Debbie Gonzales                                      (Signature)
(Type or print name)

1

SERVICE LIST
*Scott Schutza v. McDonald's Corporation*
United States District Court Case No. 14CV2706 JLS BLM

**Attorney for Plaintiffs**
Mark Potter, Esq.
Phyl Grace, Esq.
Dennis Price, Esq.
P.O. Box 262490
San Diego, CA  92196-2490
Tel:  (858) 375-7385
Fax:  (888) 422-5191
phylg@potterhandy.com
mark@potterhandy.com