CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister, Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
8033 Linda Vista Rd, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Schutza,** | Case No. 3:14-cv-02706-JLS-BLM |
| Plaintiff, | |
| v. | **Plaintiff's Response to Notice of Disclosure of Conflict** |
| **McDonald's Corporation**, a Delaware Corporation; **Project M Worldwide, L.P.**, a California Limited Partnership and Does 1-10, | Honorable Judge Janis L. Sammartino |
| Defendants. | |

Plaintiff is in receipt of the Notice of Disclosure of Conflict from the Court dated 08/06/2021 (*Docket 18*). Plaintiff waives the disclosed conflict as to this matter and requests no further action.

Dated: August 12, 2021          CENTER FOR DISABILITY ACCESS

By: */s/Dennis Price*
Dennis Price, Esq.
Attorney for Plaintiff

1

Plaintiff's Response to Disclosure of Conflict          3:14-cv-02706-JLS-BLM